

FILED & ENTERED

MAR 09 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AUDREY HARP MONTALBAN,<br><br>　　　　　　　　　　Debtor(s). | Case No.: 2:21-bk-10378-BR<br>Adv. No.:  2:21-ap-01059-BR<br><br>Chapter 7 |
| AUDREY MONTALBAN,<br><br>　　　　　　　　　　Plaintiff(s),<br>　v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,  UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　　　Defendant(s). | **ORDER REOPENING ADVERSARY PROCEEDING DUE TO CLERICAL ERROR** |

-1-

**IT IS HEREBY ORDERED** that Adversary Proceeding No. 2:21-ap-01059-BR is reopened.  The Adversary Proceeding was inadvertently closed due to clerical error.

**IT IS SO ORDERED.**

**###**

Date: March 9, 2022

*[signature: Barry Russell]*

Barry Russell
United States Bankruptcy Judge